

FILED 10 JAN 14 11:22USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-CR-16-HA |
| v. | |
| MELINDA J. REYNOLDS, | MISDEMEANOR INFORMATION |
| Defendant. | 18 U.S.C. § 2113(b) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

Bank Larceny - Less Than $1,000

(18 U.S.C. § 2113(b))

On September 19, 2006, in the District of Oregon, defendant Melinda J. Reynolds, did take and carry away with intent to steal or purloin less than $1,000 of money belonging to and in the care, custody, control, management and possession of Citi Mortgage, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b), a Class A Misdemeanor.

Dated this 14 day of January 2010.

KENT S. ROBINSON
Acting United States Attorney

_____
SCOTT ERIK ASPHAUG
Assistant United States Attorney