IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED 10 AUG 04 13:06 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-0016-HA |
| Plaintiff, | |
| v. | ORDER FOR EARLY DISMISSAL OF INFORMATION |
| MELINDA J. REYNOLDS, | |
| Defendant. | |

On Motion of the government,

IT IS HEREBY ORDERED that the Information in this case as to defendant MELINDA REYNOLDS is dismissed for the reason that the defendant has generally complied with the conditions set forth in her Pretrial Diversion Agreement during her period of pretrial supervision (2/10/10-2/10/11).

Dated this __4__ day of August, 2010.

_/s/ Ancer L. Haggerty_
HONORABLE ANCER L. HAGGERTY
United States District Judge

Presented by:

DWIGHT C. HOLTON, OSB#09054
United States Attorney
District of Oregon

_/s/ Scott Asphaug_
SCOTT ASPHAUG
Assistant United States Attorney